**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

GERSAINT EXCELLENT,
Plaintiff,

vs.

TRANSUNION LLC,
Defendant.

CASE NO.

**TRANS UNION LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth of Massachusetts, Suffolk County Superior Court, to the United States District Court for the District of Massachusetts, on the following grounds:

1. Plaintiff Gersaint Excellent served Trans Union on or about July 8, 2026, with a Summons and Complaint filed in the Commonwealth of Massachusetts, Suffolk County Superior Court. Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**. Trans Union was also served with a Civil Action Cover Sheet, Plaintiff's First Request for Admissions, Plaintiff's First Request for Production of Documents, and Civil Tracking Order, attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibits C**, **Exhibit D**, **Exhibit E**, and **Exhibit F**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"), alleges that Trans Union violated the FCRA, and alleges that Trans Union is liable under the FCRA. See Complaint generally.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Commonwealth of Massachusetts, Suffolk County Superior Court, to the United States District Court for the District of Massachusetts.

5. Notice of this removal will promptly be filed with the Commonwealth of Massachusetts, Suffolk County Superior Court and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth of Massachusetts, Suffolk County Superior Court to the United States District Court, District of Massachusetts.

Respectfully submitted,

*/s/ Mardic Marashian*

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave., Suite 408
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of July, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of July, 2026** properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Gersaint Excellent<br>755 Truman Highway, Apt. 2<br>Boston, MA 02136 | |

*/s/ Mardic Marashian*

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave., Suite 408
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Counsel for Defendant Trans Union LLC*

# EXHIBIT A

| Summons | CIVIL DOCKET NO. 26-1966H | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: | | John E. Powers III Clerk of Courts<br>Suffolk County |
| | Gersaint Excellent<br>Plaintiff(s)<br>vs.<br>Transcenlog LLC<br>Defendant(s) | COURT NAME & ADDRESS:<br>Suffolk Superior Civil Court<br>Three Pemberton Square<br>Boston, MA. 02108 |

THIS SUMMONS IS DIRECTED TO Transcenlog LLC (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court and mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your signed original response with the Clerk's Office for Civil Business, Court (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, AND

b) Delivering or mailing a copy of your response to the Plaintiff's attorney/Plaintiff at the following address:

A true copy Attest:
2/8/26
Deputy Sheriff Suffolk County

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti ______, Chief Justice on __________, 20____. (Seal)

Clerk [signature]

Note: The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

PROOF OF SERVICE OF PROCESS

I hereby certify that on __________, I served a copy of this Summons, together with a copy of the Complaint in this action, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

________________________________________

________________________________________

________________________________________

Dated: __________ Signature: _______________

**N.B. TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

# EXHIBIT B

**SUFFOLK, SS.**

# COMMONWEALTH OF MASSACHUSETTS
# SUFFOLK COUNTY SUPERIOR COURT

**BOSTON, MASSACHUSETTS**

GERSAINT EXCELLENT, Case No. 26-1966H

Plaintiff, Honorable Judge:

vs.

TRANSUNION LLC,

Defendant.

## PLAINTIFF'S COMPLAINT

**NOW COMES** the Plaintiff, Gersaint Excellent, appearing pro se, sues TransUnion LLC for money damages and states:

### I. JURISDICTIONAL ALLEGATIONS

1. Plaintiff is an individual.
2. Plaintiff is a consumer as defined by 15 U.S.C. § 1681a(c).
3. Defendant is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f).
4. Defendant conducts business in the Commonwealth of Massachusetts.
5. Defendant conducts business in Suffolk County, Massachusetts.
6. Plaintiff resides in Boston, Hyde Park, Massachusetts.
7. This is an action that exceeds $50,000.00.
8. This Court has jurisdiction over this action pursuant to G. L. c. 212, § 4.
9. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p.

## II. GENERAL FACTUAL ALLEGATIONS

10. Defendant maintains a consumer report on Plaintiff.
11. Defendant's consumer report on Plaintiff contains six accounts designated as DEPT ED/AIDV
12. Defendant reported account number [redacted] to the first DEPT ED/AIDV account.
13. Defendant reported account [redacted] as opened on February 5, 2016.
14. Defendant reported account number [redacted] to the second DEPT ED/AIDV account.
15. Defendant reported account [redacted] as opened on November 16, 2016.
16. Defendant reported account number [redacted] to the third DEPT ED/AIDV account.
17. Defendant reported account [redacted] as opened on October 13, 2017.
18. Defendant reported account number [redacted] for the fourth DEPT ED/AIDV account.
19. Defendant reported account [redacted] as opened on October 13, 2017.
20. Defendant reported account number [redacted] for the fifth DEPT ED/AIDV account.
21. Defendant reported account [redacted] as opened on October 13, 2017.
22. Defendant reported account number [redacted] for the sixth DEPT ED/AIDV account.
23. Defendant reported account [redacted] as opened on February 8, 2019.
24. Defendant reported each of the six DEPT ED/AIDV accounts as 120 days late.
25. Defendant reported each of the six DEPT ED/AIDV accounts as transferred.
26. The information Defendant reports regarding each of the six DEPT ED/AIDV accounts is inaccurate.
27. Defendant is aware of its obligation under 15 U.S.C. § 1681e(b) to follow reasonable procedures to assure maximum possible accuracy of consumer information.
28. Defendant failed to follow reasonable procedures to assure maximum possible accuracy of the information it reports regarding each of the six DEPT ED/AIDV accounts.
29. Defendant's failure to follow reasonable procedures is willful.
30. Defendant continues to report inaccurate information regarding each of the six DEPT ED/AIDV accounts as of the date of this filing.

## III. COUNT ONE: WILLFULL NONCOMPLIANCE 15 U.S.C. § 1681n

31. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.
32. Defendant willfully failed to follow reasonable procedures to assure maximum possible accuracy of consumer information in violation of 15 U.S.C. § 1681e(b) regarding each of the six DEPT ED/AIDV accounts.
33. Defendant committed a separate violation for each month, for each account, in which it reported inaccurate information regarding each of the six DEPT ED/AIDV accounts.
34. Each violation entitles Plaintiff to statutory damages of $1,000 pursuant to 15 U.S.C. § 1681n(a)(1)(A).
35. Plaintiff is entitled to punitive damages pursuant to 15 U.S.C. § 1681n(a)(2).
36. Plaintiff is entitled to costs of this action pursuant to 15 U.S.C. § 1681n(a)(3).

**WHEREFORE** Plaintiff Gersaint Excellent moves this Honorable Court to enter an Order for statutory damages of $651,000, representing $126,000 for account [redacted], $117,000 for account [redacted], $106,000 for account [redacted], $106,000 for account [redacted] $106,000 for account [redacted], and $90,000 for account [redacted], each calculated at $1,000 per month from the respective date each account was opened through July 2026, plus $1,000 per account for each additional month beyond July 2026 in which Defendant continues to report inaccurate information regarding each respective account through the date of judgment, punitive damages, costs of this action, an Order directing Defendant to delete each of the six DEPT ED/AIDV accounts from Plaintiff's consumer file, and such other and further relief as the Court may deem reasonable and just under the circumstances.

Respectfully submitted,

[signature]

Gersaint Excellent, Plaintiff
*Pro Se*

Date: 7/6/26



781-707-8641

**COMMONWEALTH OF MASSACHUSETTS**

Commonwealth of Massachusetts Superior Court Department,
Suffolk County
Case No:

GERSAINT EXCELLENT,
Plaintiff,

v.

TRANSUNION LLC,
Defendant.

# EXHIBIT A

*PLAINTIFF GERSAINT EXCELLENT TRANSUNION CREDIT REPORT*

# Credit Report

[redacted]

C[redacted]

| | TransUnion |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| **Delinquent** | 6 |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

| | |
|---|---|
| **Public Records** | 0 |

## Personal Information

TransUnion.

| | |
|---|---|
| **Name** | GERSAINT EXCELLENT |
| **Also Known As** | EXCELLENT,GERSAINT,H |
| **Date of Birth** | [redacted] |
| **Current Address** | BOSTON MA 02136 |
| [redacted] | |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | |

## Accounts

[redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

TransUnion.

| | |
|---|---|
| [redacted] | [redacted] |

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**

30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

| | |
|---|---|
| **Payment Status** | |
| **Past Due Amount** | |
| **Late Payments** | 30 Days - 0<br>60 Days - 0<br>90 Days - 0 |

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |

[redacted] [redacted]

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

## Account Details

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |

[redacted] [redacted]

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

2023

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted] [redacted]

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**

30 Days - 0
60 Days - 0
90 Days - 0

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | – | – | – | – | – | – | – | – | – |

**2023**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2022**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

## Account Details

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

| | |
|---|---|
| **Payment Status** | |
| **Past Due Amount** | |
| **Late Payments** | 30 Days - 0<br>60 Days - 0<br>90 Days - 0 |

**2021**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2020**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2020**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |

**2019**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

**2018**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

# Installment

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| DPT ED/AIDV | $0 | 02/15/2026 | $0 | 120 |

## Account Details

TransUnion

**Account Number** [redacted]****

**Condition** Transferred

| | |
|---|---|
| **Responsibility** | Individual |
| **Current Balance** | $0 |
| **Original Balance** | $1,556 |
| **Limit** | $0 |
| **Monthly Payment** | $0 |
| **Last Payment** | 02/15/2026 |
| **Status** | 120 days late |
| **Loan Term** | 120 |
| **Loan Type** | Educational |
| **Opened** | 10/13/2017 |
| **Reported** | 02/15/2026 |
| **Remarks** | Account closed due to transfer |
| **Creditor Information** | DEPT OF ED/AIDV PO BOX 300001 GREENVILLE,TX 75403 Phone#: 8007221300 |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**

30 Days - 0
60 Days - 0
90 Days - 10

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | — | — | — | — | — | — | — | — | — | — | — |

2025

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

2024

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| DPT ED/AIDV | $0 | 02/15/2026 | $0 | 120 | |

## Account Details

TransUnion

| | |
|---|---|
| **Account Number** | [redacted]**** |
| **Condition** | Transferred |
| **Responsibility** | Individual |
| **Current Balance** | $0 |
| **Original Balance** | $2,000 |
| **Limit** | $0 |
| **Monthly Payment** | $0 |
| **Last Payment** | 02/15/2026 |
| **Status** | 120 days late |
| **Loan Term** | 120 |
| **Loan Type** | Educational |
| **Opened** | 10/13/2017 |
| **Reported** | 02/15/2026 |
| **Remarks** | Account closed due to transfer |

**Creditor Information** DEPT OF ED/AIDV PO BOX 300001 GREENVILLE,TX 75403 Phone#: 8007221300

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**
30 Days - 0
60 Days - 0
90 Days - 11

| Year | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✕ | — | — | — | — | — | — | — | — | — | — | — |
| 2025 | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2024 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

DPT ED/AIDV $0 02/15/2026 $0 120

## Account Details

TransUnion

**Account Number** [redacted]****

**Condition** Transferred

**Responsibility** Individual

| | |
|---|---|
| **Current Balance** | $0 |
| **Original Balance** | $1,750 |
| **Limit** | $0 |
| **Monthly Payment** | $0 |
| **Last Payment** | 02/15/2026 |
| **Status** | 120 days late |
| **Loan Term** | 120 |
| **Loan Type** | Educational |
| **Opened** | 02/05/2016 |
| **Reported** | 02/15/2026 |
| **Remarks** | Account closed due to transfer |
| **Creditor Information** | DEPT OF ED/AIDV PO BOX 300001 GREENVILLE,TX 75403 Phone#: 8007221300 |

## Payment Status

TransUnion

| | |
|---|---|
| **Payment Status** | |
| **Past Due Amount** | |
| **Late Payments** | 30 Days - 0<br>60 Days - 0<br>90 Days - 10 |

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | — | — | — | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | × | × | × | × | × | × | × | × | × |

2024

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| DPT ED/AIDV | $0 | 02/15/2026 | $0 | 120 |

## Account Details

| | TransUnion |
|---|---|
| **Account Number** | [redacted]**** |
| **Condition** | Transferred |
| **Responsibility** | Individual |
| **Current Balance** | $0 |
| **Original Balance** | $4,500 |
| **Limit** | $0 |
| **Monthly Payment** | $0 |
| **Last Payment** | 02/15/2026 |
| **Status** | 120 days late |
| **Loan Term** | 120 |
| **Loan Type** | Educational |
| **Opened** | 11/16/2016 |
| **Reported** | 02/15/2026 |
| **Remarks** | Account closed due to transfer |

**Creditor Information** DEPT OF ED/AIDV PO BOX 300001 GREENVILLE,TX 75403 Phone#: 8007221300

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**
30 Days - 0
60 Days - 0
90 Days - 12

| 2026 | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✕ | — | — | — | — | — | — | — | — | — | — | — |

| 2025 | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

| 2024 | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| DPT ED/AIDV | $0 | 02/15/2026 | $0 | 120 |

## Account Details

TransUnion

**Account Number** [redacted]****

**Condition** Transferred

**Responsibility** Individual

| | |
|---|---|
| **Current Balance** | $0 |
| **Original Balance** | $2,750 |
| **Limit** | $0 |
| **Monthly Payment** | $0 |
| **Last Payment** | 02/15/2026 |
| **Status** | 120 days late |
| **Loan Term** | 120 |
| **Loan Type** | Educational |
| **Opened** | 10/13/2017 |
| **Reported** | 02/15/2026 |
| **Remarks** | Account closed due to transfer |
| **Creditor Information** | DEPT OF ED/AIDV PO BOX 300001 GREENVILLE,TX 75403 Phone#: 8007221300 |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**

30 Days - 0
60 Days - 0
90 Days - 10

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | — | — | — | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | × | × | × | × | × | × | × | × | × |

2024

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| DPT ED/AIDV | $0 | 01/15/2026 | $0 | 120 |

## Account Details

TransUnion

| | |
|---|---|
| **Account Number** | [redacted]**** |
| **Condition** | Transferred |
| **Responsibility** | Individual |
| **Current Balance** | $0 |
| **Original Balance** | $5,500 |
| **Limit** | $0 |
| **Monthly Payment** | $0 |
| **Last Payment** | 01/15/2026 |
| **Status** | 120 days late |
| **Loan Term** | 120 |
| **Loan Type** | Educational |
| **Opened** | 02/08/2019 |
| **Reported** | 01/15/2026 |
| **Remarks** | Account closed due to transfer |

**Creditor Information** DEPT OF ED/AIDV PO BOX 300001 GREENVILLE,TX 75403 Phone#: 8007221300

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 11

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | – | ✓ | ✓ | ✓ | ✓ | – | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |

## Payment Status

TransUnion

| | |
|---|---|
| **Payment Status** | |
| **Past Due Amount** | |
| **Late Payments** | 30 Days - 0<br>60 Days - 0<br>90 Days - 0 |

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

— — — — ✓ ✓ ✓ ✓ ✓ ✓ ✓ ✓

[redacted]

## Account Details

TransUnion

| | TransUnion |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |

## Payment Status

TransUnion.

[redacted]

[redacted]

[redacted]

[redacted]

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion.

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments** 30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

## Account Details

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**

30 Days - 0
60 Days - 0
90 Days - 0

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

| | |
|---|---|
| **Payment Status** | |
| **Past Due Amount** | |
| **Late Payments** | 30 Days - 0<br>60 Days - 0<br>90 Days - 0 |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

**2023**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

TransUnion

[redacted]

[redacted]

[redacted]

[redacted]

2024

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — |

2023

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

2022

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**

30 Days - 0
60 Days - 0
90 Days - 0

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |

**2023**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

**2022**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

[redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

TransUnion

[redacted]

[redacted]

[redacted]

[redacted]

2023

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — |

2022

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

2021

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

TransUnion

[redacted]

[redacted]

[redacted] [redacted]

**2023**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |

**2022**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2021**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted]

## Account Details

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

TransUnion

[redacted]

[redacted]

[redacted]

[redacted]

**2021**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — |

**2020**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2019**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

TransUnion

[redacted]

[redacted]

[redacted] [redacted]

**2021**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |

**2020**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2019**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

TransUnion

[redacted]

[redacted]

[redacted]

[redacted]

**2021**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |

**2020**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2019**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

TransUnion

[redacted]

[redacted]

[redacted] [redacted]

**2018**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |

**2017**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2016**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

TransUnion

[redacted]

[redacted]

[redacted]

[redacted]

2018

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |

2017

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

2016

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

| CES/MEFA | $0 | 04/05/2018 | $0 | 180 |
|---|---|---|---|---|

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

TransUnion

[redacted]

[redacted]

[redacted] [redacted]

**2018**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |

**2017**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

**2016**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | — | — | — |

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

TransUnion

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

TransUnion

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | — | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

# Other

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

TransUnion

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

TransUnion

[redacted]

[redacted]

[redacted] [redacted]

**2026**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |

**2025**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**2024**

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[redacted]

© 2026 TransUnion Interactive, Inc. | All Rights Reserved

Terms of Service - Privacy Notice - Your Privacy Choices - Provider's Terms

# EXHIBIT C

2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>26-1966H | Massachusetts Trial Court<br>Superior Court<br>COUNTY |
|---|---|---|

| | |
|---|---|
| Plaintiff: Gersaint Excellent | Defendant: TRANSUNION LLC |
| ADDRESS: 755 Truman Highway<br>Apt. 2<br>Boston MA 02136 | ADDRESS: 555 W. Adams Street<br>Chicago IL 60661 |
| Plaintiff Attorney: Pro Se | Defendant Attorney: |
| ADDRESS: | ADDRESS: |
| BBO: | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B99 | Willful Noncompliance With FCRA | F | ☐ YES ☒ NO |

*If "Other" please describe: 15 USC 1681n

Is there a claim under G.L. c. 93A? ☐ YES ☒ NO

Is there a class action under Mass. R. Civ. P. 23? ☐ YES ☐ NO

**STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date

1. Total hospital expenses ______
2. Total doctor expenses ______
3. Total chiropractic expenses ______
4. Total physical therapy expenses ______
5. Total other expenses (describe below) ______

Subtotal (1-5): ______

B. Documented lost wages and compensation to date ______

C. Documented property damages to date ______

D. Reasonably anticipated future medical and hospital expenses ______

E. Reasonably anticipated lost wages ______

F. Other documented items of damages (describe below) ______

TOTAL (A-F): ______

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | Statutory damages 15 USC 1681n(a)(1)(A) | $651,000 Minimum |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X [signature] Date: 7/16/26

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X ______ Date: ______

# CIVIL ACTION COVER SHEET INSTRUCTIONS — SELECT A CATEGORY THAT BEST DESCRIBES YOUR CASE*

**AC Actions Involving the State/Municipality †***

AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. (A)

**CN Contract/Business Cases**

A01 Services, Labor, and Materials (F)
A02 Goods Sold and Delivered (F)
A03 Commercial Paper (F)
A04 Employment Contract (F)
A05 Consumer Revolving Credit - M.R.C.P. 8.1 (F)
A06 Insurance Contract (F)
A08 Sale or Lease of Real Estate (F)
A12 Construction Dispute (A)
A14 Interpleader (F)
BA1 Governance, Conduct, Internal Affairs of Entities (A)
BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
BB1 Shareholder Derivative (A)
BB2 Securities Transactions (A)
BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
BD1 Intellectual Property (A)
BD2 Proprietary Information or Trade Secrets (A)
BG1 Financial Institutions/Funds (A)
BH1 Violation of Antitrust or Trade Regulation Laws (A)
A99 Other Contract/Business Action - Specify (F)

* See Superior Court Standing Order 1-88 for an explanation of the tracking deadlines for each track designation: F, A, and X. On this page, the track designation for each case type is noted in parentheses.

†* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

‡ Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

**ER Equitable Remedies**

D01 Specific Performance of a Contract (A)
D02 Reach and Apply (F)
D03 Injunction (F)
D04 Reform/ Cancel Instrument (F)
D05 Equitable Replevin (F)
D06 Contribution or Indemnification (F)
D07 Imposition of a Trust (A)
D08 Minority Shareholder's Suit (A)
D09 Interference in Contractual Relationship (F)
D10 Accounting (A)
D11 Enforcement of Restrictive Covenant (F)
D12 Dissolution of a Partnership (F)
D13 Declaratory Judgment, G.L. c. 231A (A)
D14 Dissolution of a Corporation (F)
D99 Other Equity Action (F)

**PA Civil Actions Involving Incarcerated Party ‡**

PA1 Contract Action involving an Incarcerated Party (A)
PB1 Tortious Action involving an Incarcerated Party (A)
PC1 Real Property Action involving an Incarcerated Party (F)
PD1 Equity Action involving an Incarcerated Party (F)
PE1 Administrative Action involving an Incarcerated Party (F)

**TR Torts**

B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
B04 Other Negligence - Personal Injury/Property Damage (F)
B05 Products Liability (A)
B06 Malpractice - Medical (A)
B07 Malpractice - Other (A)
B08 Wrongful Death - Non-medical (A)
B15 Defamation (A)
B19 Asbestos (A)
B20 Personal Injury - Slip & Fall (F)
B21 Environmental (F)
B22 Employment Discrimination (F)
BE1 Fraud, Business Torts, etc. (A)
B99 Other Tortious Action (F)

**RP Summary Process (Real Property)**

S01 Summary Process - Residential (X)
S02 Summary Process - Commercial/ Non-residential (F)

**RP Real Property**

C01 Land Taking (F)
C02 Zoning Appeal, G.L. c. 40A (F)
C03 Dispute Concerning Title (F)
C04 Foreclosure of a Mortgage (X)
C05 Condominium Lien & Charges (X)
C99 Other Real Property Action (F)

**MC Miscellaneous Civil Actions**

E18 Foreign Discovery Proceeding (X)
E97 Prisoner Habeas Corpus (X)
E22 Lottery Assignment, G.L. c. 10, § 28 (X)

**AB Abuse/Harassment Prevention**

E15 Abuse Prevention Petition, G.L. c. 209A (X)
E21 Protection from Harassment, G.L. c. 258E(X)

**AA Administrative Civil Actions**

E02 Appeal from Administrative Agency, G.L. c. 30A (X)
E03 Certiorari Action, G.L. c. 249, § 4 (X)
E05 Confirmation of Arbitration Awards (X)
E06 Mass Antitrust Act, G.L. c. 93, § 9 (A)
E07 Mass Antitrust Act, G.L. c. 93, § 8 (X)
E08 Appointment of a Receiver (X)
E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A (A)
E10 Summary Process Appeal (X)
E11 Worker's Compensation (X)
E16 Auto Surcharge Appeal (X)
E17 Civil Rights Act, G.L. c.12, § 11H (A)
E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) (X)
E94 Forfeiture, G.L. c. 265, § 56 (X)
E95 Forfeiture, G.L. c. 94C, § 47 (F)
E99 Other Administrative Action (X)
Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B (F)
Z02 Appeal Bond Denial (X)

**SO Sex Offender Review**

E12 SDP Commitment, G.L. c. 123A, § 12 (X)
E14 SDP Petition, G.L. c. 123A, § 9(b) (X)

**RC Restricted Civil Actions**

E19 Sex Offender Registry, G.L. c. 6, § 178M (X)
E27 Minor Seeking Consent, G.L. c.112, § 12S(X)

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** — On the face of the Civil Action Cover Sheet (or on attached additional sheets, if necessary), the plaintiff shall state the facts on which the plaintiff relies to determine money damages. A copy of the completed Civil Action Cover Sheet, including the statement concerning damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT** — If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with the defendant's answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT. IF THIS COVER SHEET IS NOT FILLED OUT THOROUGHLY AND ACCURATELY, THE CASE MAY BE DISMISSED.**

# EXHIBIT D

3

**SUFFOLK, SS.**

# COMMONWEALTH OF MASSACHUSETTS
# SUFFOLK COUNTY SUPERIOR COURT

**BOSTON, MASSACHUSETTS**

GERSAINT EXCELLENT,

Plaintiff,

Case No. 26-1466H

Honorable Judge:

vs.

TRANSUNION LLC,

Defendant.

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

**NOW COMES** the Plaintiff, Gersaint Excellent, appearing pro se, and pursuant to Mass. R. Civ. P. 36, requests that Defendant TransUnion LLC admit or deny each of the following matters within the applicable response period:

### I. REGARDING DEFENDANT'S STATUS

1. Admit that Defendant is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f).
2. Admit that Defendant is not a consumer reporting agency as defined by 15 U.S.C. § 1681a(f).
3. Admit that Defendant maintains a consumer file on Plaintiff.
4. Admit that Defendant does not maintain a consumer file on Plaintiff.
5. Admit that Defendant is obligated under 15 U.S.C. § 1681e(b) to follow reasonable procedures to assure maximum possible accuracy of consumer information.
6. Admit that Defendant is not obligated under 15 U.S.C. § 1681e(b) to follow reasonable procedures to assure maximum possible accuracy of consumer information.

### II. REGARDING THE ACCOUNTS

7. Admit that Defendant reported account number [redacted] on Plaintiff's consumer file.
8. Admit that Defendant did not report account number [redacted] on Plaintiff's consumer file.

9. Admit that Defendant reported account [redacted] as opened on February 5, 2016.
10. Admit that Defendant did not report account [redacted] as opened on February 5, 2016.
11. Admit that Defendant reported account number [redacted] on Plaintiff's consumer file.
12. Admit that Defendant did not report account number [redacted] on Plaintiff's consumer file.
13. Admit that Defendant reported account [redacted] as opened on November 16, 2016.
14. Admit that Defendant did not report account [redacted] as opened on November 16, 2016.
15. Admit that Defendant reported account number [redacted] on Plaintiff's consumer file.
16. Admit that Defendant did not report account number [redacted] on Plaintiff's consumer file.
17. Admit that Defendant reported account [redacted] as opened on October 13, 2017.
18. Admit that Defendant did not report account [redacted] as opened on October 13, 2017.
19. Admit that Defendant reported account number [redacted] on Plaintiff's consumer file.
20. Admit that Defendant did not report account number [redacted] on Plaintiff's consumer file.
21. Admit that Defendant reported account [redacted] as opened on October 13, 2017.
22. Admit that Defendant did not report account [redacted] as opened on October 13, 2017.
23. Admit that Defendant reported account number [redacted] on Plaintiff's consumer file.
24. Admit that Defendant did not report account number [redacted] on Plaintiff's consumer file.
25. Admit that Defendant reported account [redacted] as opened on October 13, 2017.
26. Admit that Defendant did not report account [redacted] as opened on October 13, 2017.
27. Admit that Defendant reported account number [redacted] on Plaintiff's consumer file.
28. Admit that Defendant did not report account number [redacted] on Plaintiff's consumer file.
29. Admit that Defendant reported account [redacted] as opened on February 8, 2019.

30. Admit that Defendant did not report account [redacted] as opened on February 8, 2019.

## III. REGARDING THE 120-DAYS-LATE DESIGNATION REGARDING THE ACCOUNTS

31. Admit that Defendant reported each of the six DEPT ED/AIDV accounts as 120 days late.
32. Admit that Defendant did not report each of the six DEPT ED/AIDV accounts as 120 days late.
33. Admit that Defendant reported each of the six DEPT ED/AIDV accounts as transferred.
34. Admit that Defendant did not report each of the six DEPT ED/AIDV accounts as transferred.
35. Admit that Defendant received information regarding the 120-days-late status of each of the six DEPT ED/AIDV accounts from the Furnisher.
36. Admit that Defendant did not receive information regarding the 120-days-late status of each of the six DEPT ED/AIDV accounts from the Furnisher.
37. Admit that Defendant did not independently verify the 120-days-late status of each of the six DEPT ED/AIDV accounts.
38. Admit that Defendant did independently verify the 120-days-late status of each of the six DEPT ED/AIDV accounts.
39. Admit that the 120-days-late designation reported by Defendant on each of the six DEPT ED/AIDV accounts is inaccurate.
40. Admit that the 120-days-late designation reported by Defendant on each of the six DEPT ED/AIDV accounts is accurate.
41. Admit that Defendant reported a 120-days-late status on accounts that were transferred rather than defaulted.
42. Admit that Defendant did not report a 120-days-late status on accounts that were transferred rather than defaulted.
43. Admit that a transferred account status and a 120-days-late status are mutually exclusive designations.
44. Admit that a transferred account status and a 120-days-late status are not mutually exclusive designations.

## IV. REGARDING THE REINVESTIGATION

45. Admit that Plaintiff submitted a dispute to Defendant regarding the 120-days-late designation on the six DEPT ED/AIDV accounts.
46. Admit that Plaintiff did not submit a dispute to Defendant regarding the 120-days-late designation on the six DEPT ED/AIDV accounts.

47. Admit that Defendant notified Plaintiff that the 120-days-late designation was verified following Plaintiff's dispute.

48. Admit that Defendant did not notify Plaintiff that the 120-days-late designation was verified following Plaintiff's dispute.

49. Admit that Defendant did not request documentation from the Furnisher confirming the 120-days-late status during any Reinvestigation.

50. Admit that Defendant did request documentation from the Furnisher confirming the 120-days-late status during any Reinvestigation.

51. Admit that Defendant did not receive documentation from the Furnisher confirming the 120-days-late status during any Reinvestigation.

52. Admit that Defendant did receive documentation from the Furnisher confirming the 120-days-late status during any Reinvestigation.

53. Admit that Defendant's Reinvestigation of the 120-days-late designation consisted solely of transmitting Plaintiff's dispute to the Furnisher and receiving the Furnisher's response.

54. Admit that Defendant's Reinvestigation of the 120-days-late designation did not consist solely of transmitting Plaintiff's dispute to the Furnisher and receiving the Furnisher's response.

55. Admit that Defendant accepted the Furnisher's response regarding the 120-days-late designation without independent verification.

56. Admit that Defendant did not accept the Furnisher's response regarding the 120-days-late designation without independent verification.

57. Admit that Defendant continued to report the 120-days-late designation on each of the six DEPT ED/AIDV accounts after receiving Plaintiff's dispute.

58. Admit that Defendant did not continue to report the 120-days-late designation on each of the six DEPT ED/AIDV accounts after receiving Plaintiff's dispute.

## V. REGARDING PERSONAL KNOWLEDGE

59. Admit that no individual employed by Defendant has personal knowledge of whether each of the six DEPT ED/AIDV accounts was 120 days late at the time of transfer.

60. Admit that an individual employed by Defendant has personal knowledge of whether each of the six DEPT ED/AIDV accounts was 120 days late at the time of transfer.

61. Admit that no individual employed by Defendant has personal knowledge of the payment history of each of the six DEPT ED/AIDV accounts prior to transfer.

62. Admit that an individual employed by Defendant has personal knowledge of the payment history of each of the six DEPT ED/AIDV accounts prior to transfer.

63. Admit that no individual employed by Defendant reviewed the account information provided by the Furnisher during any Reinvestigation of the six DEPT ED/AIDV accounts.

64. Admit that an individual employed by Defendant reviewed the account information provided by the Furnisher during any Reinvestigation of the six DEPT ED/AIDV accounts.

65. Admit that Defendant's Reinvestigation of the six DEPT ED/AIDV accounts was conducted through an Automated Process.

66. Admit that Defendant's Reinvestigation of the six DEPT ED/AIDV accounts was not conducted through an Automated Process.

67. Admit that no individual employed by Defendant can testify from personal knowledge that the 120-days-late designation reported on each of the six DEPT ED/AIDV accounts is accurate.

68. Admit that an individual employed by Defendant can testify from personal knowledge that the 120-days-late designation reported on each of the six DEPT ED/AIDV accounts is accurate.

## VI. REGARDING ACCURACY

69. Admit that the information Defendant reported regarding each of the six DEPT ED/AIDV accounts is inaccurate.

70. Admit that the information Defendant reported regarding each of the six DEPT ED/AIDV accounts is accurate.

71. Admit that Defendant reported inaccurate information regarding account [redacted] each month from February 2016 through the date of this request.

72. Admit that Defendant did not report inaccurate information regarding account [redacted] each month from February 2016 through the date of this request.

73. Admit that Defendant reported inaccurate information regarding account [redacted] each month from November 2016 through the date of this request.

74. Admit that Defendant did not report inaccurate information regarding account [redacted] each month from November 2016 through the date of this request.

75. Admit that Defendant reported inaccurate information regarding account [redacted] each month from October 2017 through the date of this request.

76. Admit that Defendant did not report inaccurate information regarding account [redacted] each month from October 2017 through the date of this request.

77. Admit that Defendant reported inaccurate information regarding account [redacted] each month from October 2017 through the date of this request.

78. Admit that Defendant did not report inaccurate information regarding account [redacted] each month from October 2017 through the date of this request.

79. Admit that Defendant reported inaccurate information regarding account [redacted] each month from October 2017 through the date of this request.

80. Admit that Defendant did not report inaccurate information regarding account [redacted] each month from October 2017 through the date of this request.

81. Admit that Defendant reported inaccurate information regarding account [redacted] each month from February 2019 through the date of this request.

82. Admit that Defendant did not report inaccurate information regarding account [redacted] each month from February 2019 through the date of this request.

## VII. REGARDING WILLFULNESS

83. Admit that Defendant was aware of its obligations under 15 U.S.C. § 1681e(b) at the time it reported each of the six DEPT ED/AIDV accounts.

84. Admit that Defendant was not aware of its obligations under 15 U.S.C. § 1681e(b) at the time it reported each of the six DEPT ED/AIDV accounts.

85. Admit that Defendant's reinvestigation procedures do not require independent confirmation of a 120-days-late designation prior to reporting it on a consumer file.

86. Admit that Defendant's reinvestigation procedures do require independent confirmation of a 120-days-late designation prior to reporting it on a consumer file.

87. Admit that Defendant's failure to follow reasonable procedures regarding each of the six DEPT ED/AIDV accounts was willful.

88. Admit that Defendant's failure to follow reasonable procedures regarding each of the six DEPT ED/AIDV accounts was not willful.

## VIII. REGARDING THE ORIGINAL SIGNED PROMIOSSORY NOTES

89. Admit that Defendant does not possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].

90. Admit that Defendant does possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
91. Admit that Defendant does not possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
92. Admit that Defendant does possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted]
93. Admit that Defendant does not possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
94. Admit that Defendant does possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
95. Admit that Defendant does not possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
96. Admit that Defendant does possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
97. Admit that Defendant does not possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
98. Admit that Defendant does possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
99. Admit that Defendant does not possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
100. Admit that Defendant does possess the Original of any signed promissory note bearing Plaintiff's signature for account [redacted].
101. Admit that Defendant did not confirm the existence of a signed promissory note bearing Plaintiff's signature for any of the six DEPT ED/AIDV accounts during any Reinvestigation.
102. Admit that Defendant did confirm the existence of a signed promissory note bearing Plaintiff's signature for any of the six DEPT ED/AIDV accounts during any Reinvestigation.
103. Admit that Defendant verified the accuracy of each of the six DEPT ED/AIDV accounts without possessing the Original signed promissory note for any of those accounts.
104. Admit that Defendant did not verify the accuracy of each of the six DEPT ED/AIDV accounts without possessing the Original signed promissory note for any of those accounts.

## IX. DEFINITIONS

For purposes of this Request:

105. "Defendant" means TransUnion LLC, its agents, employees, and representatives.

106. "Plaintiff" means Gersaint Excellent.

107. "Accounts" means the six DEPT ED/AIDV accounts bearing account numbers [redacted] reported on Plaintiff's consumer file.

108. "Furnisher" means DEPT OF ED/AIDV or any related entity that provided information to Defendant regarding the Accounts.

109. "120-Days-Late Designation" means the delinquency status of 120 days past due reported by Defendant on each of the six DEPT ED/AIDV accounts.

110. "Reinvestigation" means any investigation conducted by Defendant pursuant to 15 U.S.C. § 1681i in response to a dispute by Plaintiff regarding the Accounts.

111. "Automated Process" means any reinvestigation conducted without individual human review of the underlying account information, including but not limited to reinvestigations conducted through TransUnion's Automated Consumer Dispute Verification (ACDV) system.

112. "Personal Knowledge" means knowledge of a fact based on firsthand observation or experience, as opposed to knowledge based on information received from another person or automated system.

113. "Verification Response" means any communication from Defendant to Plaintiff indicating that information reported on Plaintiff's consumer file has been investigated and confirmed as accurate following a dispute.

## X. INSTRUCTIONS

114. Each Request for Admission must be answered separately and fully in writing under oath within forty-five (45) days of service of the summons and complaint, or within thirty (30) days of service of this Request if served after the expiration of said forty-five (45) day period, pursuant to Mass. R. Civ. P. 36(a).

115. Each matter is admitted unless, within the applicable response period, Defendant serves upon Plaintiff a written answer specifically denying the matter or stating in detail the reasons why Defendant cannot truthfully admit or deny the matter.

116. If Defendant fails to serve a written answer or objection within the applicable response period, each matter in this Request is deemed admitted pursuant to Mass. R. Civ. P. 36(a).

117. If Defendant denies any Request for Admission, the answer must fairly respond to the substance of the matter and, when good faith requires that Defendant qualify an answer or deny only a part of a matter, Defendant must specify the part admitted and qualify or deny the rest.

118. If Defendant claims lack of knowledge or information as a reason for failing to admit or deny, Defendant must state that it has made reasonable inquiry and that the information known or readily obtainable is insufficient to enable it to admit or deny.

119. The requesting party may move to determine the sufficiency of an answer or objection. Unless the court finds an objection justified, it must order that an answer be served pursuant to Mass. R. Civ. P. 36(a).

120. Any matter admitted under this rule is conclusively established unless the court, on motion, permits the admission to be withdrawn or amended pursuant to Mass. R. Civ. P. 36(b).

121. If a party fails to admit what is requested under this rule and if the requesting party later proves the matter true, the requesting party may move that the party who failed to admit pay the reasonable expenses, including reasonable expenses, incurred in making that proof pursuant to Mass. R. Civ. P. 37(c)(2).

Respectfully submitted,

Gersaint Excellent, Plaintiff
*Pro Se*

Date: 7/6/26

# EXHIBIT E

4

**SUFFOLK, SS.**

# COMMONWEALTH OF MASSACHUSETTS
# SUFFOLK COUNTY SUPERIOR COURT

**BOSTON, MASSACHUSETTS**

GERSAINT EXCELLENT, Case No. 26-1466H

Plaintiff, Honorable Judge:

vs.

TRANSUNION LLC,

Defendant.

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW COMES** the Plaintiff, Gersaint Excellent, appearing pro se, and pursuant to Mass. R. Civ. P. 34, requests that Defendant TransUnion LLC produce the following documents within the applicable response period of service of this Request by delivering them to Plaintiff at: 755 Truman Hwy, Boston, MA 02136-3581.

### I. REINVESTIGATION FILE

1. Produce the complete reinvestigation file maintained by Defendant for each of the six DEPT ED/AIDV accounts bearing account numbers [redacted], [redacted] [redacted], [redacted], [redacted] and [redacted], including:
   a. Every document received by Defendant in connection with any dispute submitted by Plaintiff regarding any of the six accounts;
   b. Every communication sent by Defendant to Plaintiff regarding any dispute of any of the six accounts;
   c. Every Automated Consumer Dispute Verification (ACDV) transmission sent by Defendant to the Furnisher regarding any of the six accounts;
   d. Every response received by Defendant from the Furnisher in connection with any ACDV transmission regarding any of the six accounts;

e. Every internal notation, decision record, or case log entry made by Defendant in connection with any dispute of any of the six accounts;

f. Every document reviewed by Defendant in the course of any reinvestigation of any of the six accounts; and

g. The complete dispute history for each of the six accounts from the date each account first appeared on Plaintiff's consumer file through the date of production.

## II. REINVESTIGATION PROCEDURES

2. Produce all written policies, procedures, guidelines, manuals, and training materials governing Defendant's reinvestigation of disputed account information, including:

a. All written policies and procedures governing how Defendant investigates any consumer dispute of a late payment designation;

b. All written policies and procedures governing the use of the Automated Consumer Dispute Verification (ACDV) system in responding to consumer disputes;

c. All written policies and procedures governing what steps, if any, Defendant takes beyond transmitting a dispute to the furnisher and receiving the furnisher's response;

d. All written policies and procedures governing when and how Defendant independently verifies information received from a furnisher during a reinvestigation;

e. All written policies and procedures governing how Defendant determines whether a furnisher's response to an ACDV transmission is sufficient to verify disputed information;

f. All training materials provided to Defendant's employees or automated systems regarding the reinvestigation of consumer disputes; and

g. All quality control procedures governing Defendant's reinvestigation process, including any audits, reviews, or compliance checks performed on completed reinvestigations.

## III. COMMUNICATIONS WITH FURNISHER

3. Produce all communications between Defendant and DEPT OF ED/AIDV or any related entity regarding each of the six accounts bearing account numbers [redacted], [redacted] and [redacted], including:

a. All ACDV transmissions sent by Defendant to the Furnisher regarding any of the six accounts;

b. All responses received by Defendant from the Furnisher regarding any of the six accounts;

c. All communications sent by Defendant to the Furnisher outside of the ACDV system regarding any of the six accounts;

d. All communications received by Defendant from the Furnisher outside of the ACDV system regarding any of the six accounts; and

e. All documents provided by the Furnisher to Defendant in support of the 120-days-late designation reported on any of the six accounts.

## IV. PRIOR LITIGATION AND REGULATORY FINDINGS

4. Produce all documents relating to any prior court order, consent decree, regulatory finding, enforcement action, settlement agreement, or internal compliance report identifying deficiencies in Defendant's reinvestigation procedures, including:

   a. All court orders or judgments in which Defendant was found liable for willful or negligent noncompliance with 15 U.S.C. § 1681e(b) or 15 U.S.C. § 1681i;

   b. All consent decrees or settlement agreements in which Defendant agreed to modify its reinvestigation procedures;

   c. All regulatory findings, enforcement actions, or civil investigative demands issued by the Consumer Financial Protection Bureau, Federal Trade Commission, or any state regulatory agency regarding Defendant's reinvestigation procedures;

   d. All internal compliance reports, audit findings, or risk assessments identifying deficiencies in Defendant's reinvestigation procedures; and

   e. All documents showing what changes, if any, Defendant made to its reinvestigation procedures in response to any prior court order, consent decree, regulatory finding, or internal compliance report.

## V. CONSUMER FILE AND SCORE IMPACT

5. Produce all documents relating to Plaintiff's consumer file maintained by Defendant, including:

   a. The complete consumer file maintained by Defendant on Plaintiff from the date each of the six accounts first appeared through the date of production;

   b. All credit scores generated by Defendant using Plaintiff's consumer file from the date each of the six accounts first appeared through the date of production;

c. All documents showing the impact of the 120-days-late designation on each of the six accounts on Plaintiff's credit scores; and

d. All documents showing what Plaintiff's credit scores would have been absent the 120-days-late designation on each of the six accounts.

## VI. ORIGINAL SIGNED PROMISSORY NOTES

6. Produce the Original of each promissory note bearing Plaintiff's signature for each of the six DEPT ED/AIDV accounts bearing account numbers [redacted], [redacted] including:

   a. For each account, the wet ink original bearing Plaintiff's signature if executed in physical form; or

   b. For each account, the native electronic file in its original format with all metadata intact if executed electronically, including authentication logs, IP address records, session data, and verification data showing Plaintiff's electronic signature process.

7. No printout, photocopy, PDF conversion, scanned image, or any other physical or derivative reproduction of any promissory note constitutes the Original for purposes of proving its content pursuant to Mass. G. Evid. § 1002.

## VII. DEFINITIONS

For purposes of this Request:

8. "Document" means any written, recorded, or graphic matter, however produced or reproduced, including without limitation writings, drawings, graphs, charts, photographs, recordings, data compilations, electronic files, databases, emails, text messages, and any other data or data compilations in any medium from which information can be obtained.

9. "Accounts" means the six DEPT ED/AIDV accounts bearing account numbers [redacted] reported on Plaintiff's consumer file.

10. "Furnisher" means DEPT OF ED/AIDV or any related entity that provided information to Defendant regarding the Accounts.

11. "120-Days-Late Designation" means the delinquency status of 120 days past due reported by Defendant on each of the six Accounts.

12. "Reinvestigation" means any investigation conducted by Defendant pursuant to 15 U.S.C. § 1681i in response to a dispute by Plaintiff regarding any of the Accounts.

13. "ACDV" means Automated Consumer Dispute Verification, the electronic system used by Defendant to transmit disputes to furnishers and receive responses.

14. "Consumer File" means all information maintained by Defendant regarding Plaintiff pursuant to 15 U.S.C. § 1681a(g).

15. "Original" means:

    a. For physical documents: the document bearing wet ink signatures or original handwriting;

    b. For electronic documents: the native electronic file as originally created or stored, preserving all metadata, in its original format, not converted to PDF, database export, printout, or any other derivative format.

16. "Promissory Note" means any original loan agreement, promissory note, or evidence of indebtedness bearing Plaintiff's signature for each of the six Accounts.

## VIII. INSTRUCTIONS

17. Each Request for Production must be responded to separately and fully in writing within forty-five (45) days of service of the summons and complaint, or within thirty (30) days of service of this Request if served after the expiration of said forty-five (45) day period, pursuant to Mass. R. Civ. P. 34(b).

18. If Defendant objects to any request or portion thereof, state the specific grounds for the objection and produce all non-objectionable documents.

19. All documents must be produced in their original form:

    a. Physical documents must be produced as originals, not photocopies or scanned images;

    b. Electronic documents must be produced in native electronic format with all metadata preserved, not as PDF conversions, database exports, printouts, or any other derivative format.

20. Pursuant to Mass. G. Evid. § 1002, no printout, photocopy, PDF conversion, scanned image, photograph, or physical paper reproduction of any electronic document constitutes the original for purposes of proving its content, and Defendant is hereby placed on notice that any such derivative will be objected to at trial on Best Evidence grounds.

21. If any requested document is claimed to be privileged or subject to protection as trial-preparation material, Defendant must comply with Mass. R. Civ. P. 26(b)(5)(A) by:

    a. Expressly making the claim; and

    b. Describing the nature of the documents not produced in a manner that enables Plaintiff to assess the claim without revealing the privileged information.

22. All documents should be produced in their complete form without redaction unless specific privilege is claimed and identified.

23. Electronic documents should be produced on appropriate media (USB drive, secure file transfer, etc.) organized by request number, with all metadata preserved and a directory listing provided.

Respectfully submitted,

Gersaint Excellent, Plaintiff
*Pro Se*

[redacted]

Date: 7/6/26

# EXHIBIT F

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2684CV01966 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Excellent, Gersaint vs. Transunion, LLC | | John E Powers, III Suffolk County Civil |
| TO: Gersaint Excellent<br>755 Truman Highway<br>Apt. 2<br>Boston, MA 02136 | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

**TRACKING ORDER - F - Fast Track**

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION** **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 10/05/2026 | |
| Response to the complaint filed (also see MRCP 12) | | 11/03/2026 | |
| All motions under MRCP 12, 19, and 20 | 11/03/2026 | 12/03/2026 | 01/04/2027 |
| All motions under MRCP 15 | 11/03/2026 | 12/03/2026 | 01/04/2027 |
| All discovery requests **and depositions** served and non-expert depositions completed | 05/03/2027 | | |
| All motions under MRCP 56 | 06/01/2027 | 07/01/2027 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/29/2027 |
| Case shall be resolved and judgment shall issue by | | | 07/05/2028 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 07/06/2026 | Brenda Shisslak | (617)788-8147 |